In the Matter of the Claim of WILLIAM SANCHEZ, Respondent, against PARA-MOUNT HOTEL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MARGARET KENNEY, Respondent, against LORD & TAYLOR, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ROSE A. BRYANT, Appellant, against NELSON BEEF COMPANY, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of VITO MUTI, Respondent, against THE WILLIAM F. KENNY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of DAISY BRENCHLEY, Respondent, against INTERNATIONAL HEATER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOHN HELLER, Respondent, against GILLIS & GEOGHEGAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MARGARET M. ROBERTS, Respondent, against ÆTNA CASUALTY AND SURETY COMPANY and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board, on the authority of *Matter of Norris* v. *N. Y. C. R. R. Co.* (246 N. Y. 307). Van Kirk, P. J., Hinman and Hill, JJ., concur; Davis and Whitmyer, JJ., dissent and vote for reversal and to remit to the State Industrial Board on the ground that the evidence is insufficient to establish that the accident arose out of and in the course of the employment.

In the Matter of the Claim of LOUIS R. PAPINI, Respondent, against ITAL-AMERICAN MARBLE COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of IDA L. BENNETT, Appellant, against ARCHIE J. CASE and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of FRANK BUSACCA, Appellant, against THE ÆTNA LIFE INSURANCE COMPANY and WILLIAM F. KENNY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.